IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARNAIL WASHINGTON,**     )<br>                              )<br>     Petitioner,           )<br>                              )<br>     v.                       )<br>                              )<br>**UNITED STATES OF AMERICA,** )<br>                              )<br>     Respondent.           )  |   CIVIL ACTION NO.<br>     2:10cv279-MHT<br>          (WO) |

### OPINION

Pursuant to 28 U.S.C. § 2255, petitioner files this habeas-corpus case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied as time-barred.  Petitioner has filed objections to the recommendation.  After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the recommendation adopted.

**An appropriate judgment will be entered.**

**DONE, this the 27th day of December, 2011.**

　　　　　　　　　　　　　 **/s/ Myron H. Thompson**
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**