IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARNAIL WASHINGTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:10cv279-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the memorandum entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (doc. no. 20) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 14) is adopted.

(3) Petitioner's motion to vacate, set aside, or correct, etc., (doc. no. 1) is denied as time-barred.

It is further ORDERED that the motion to dismiss (doc. no. 6) and motion for writ of mandamus (doc. no. 13) are denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of December, 2011.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE